

**Entered on Docket**
**May 20, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, US Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2004-3, its assignees and/or successors and the servicing agent WELLS FARGO BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-15721-mkn |
| | ) |
| Joan Virginia Decenzo, | ) Chapter 7 |
| | ) |
| Debtor. | ) DATE: 05/17/10 |
| | ) TIME:  09:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                                    M&H File No. NV-10-26272
                                                                                                                  10-15721-mkn

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 6735 Running Colors Avenue, Las Vegas, NV 89131.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 04/15/10-no response received*
Yvette Weinstein
6450 Spring Mountain Road #14
Las Vegas, NV 89146

1  ALTERNATIVE METHOD re; RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
4  ☐ The court has waived the requirement of approval under LR 9021.

5  X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6  unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has
7  approved, disapproved, or failed to respond to the document]:

8
   ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
9  to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
10 [list each party and whether the party has approved, disapproved, or failed to respond to the
11 document]:

12
   ☐ I certify that I have served a copy of this order with the motion, and no parties
13 appeared or filed written objections.

14      Counsel appearing: Pro Se-Mailed 05/19/10

15
        Unrepresented parties appearing: None
16
        Trustee: Yvette Weinstein- Order Filed 04/15/10-no response received
17

18 Submitted by:
   McCarthy & Holthus, LLP
19
   /s/ Christopher K. Lezak.
20 Christopher K. Lezak, Esq.

21

22

23

24

25

26

27
                              ###
28

29

*Rev. 12.09*                                                M&H File No. NV-10-26272
                                                            10-15721-mkn